UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMMY FELTON | * | CIVIL ACTION NO. 2:15-cv-1985 |
| D.O.C. # 535744 | * | SECTION P |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| ALLEN CORRECTIONAL CENTER | * | |
| ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 14 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE